No. 95–6606.  CLAIREAYANT *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 95–6610.  JACKSON *v.* UNITED STATES;
No. 95–6615.  GORDON *v.* UNITED STATES;
No. 95–6637.  JACKSON *v.* UNITED STATES; and
No. 95–6652.  JACKSON *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 95–6616.  WILLIAMS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 95–6619.  SIDDIQUE *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95–6622.  DAVES *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 95–6626.  CASTELLANO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 95–6627.  BLAKE *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 95–6628.  OGUGUO *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 95–6632.  TREVINO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95–6633.  DE LEON *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 95–6635.  FRANCIS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 95–6638.  SHIVERS *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 95–6639.  SHEATS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 95–6641.  SHOMORIN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95–6642.  OGANDO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.